IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED 97 JAN 30 PM 3:38 U.S. DISTRICT COURT N.D. OF ALABAMA

JOAN DUKE, an individual; )
ED DUKE, an individual, )
                            )
     Plaintiff, )
                            )
     v. )  CIVIL ACTION NO. 96-G-2545-S
                            )
K-MART CORPORATION, a )
corporation, )
                            )
     Defendant. )

ENTERED JAN 30 1997

## REMAND ORDER

     This cause came before the court at its motion docket of January 17, 1997, on the motion of plaintiffs for leave to amend the complaint and to remand. Having considered the motion, the pleadings, the submissions of counsel, and the applicable law, the court is of the opinion the motion for leave to amend the complaint should be granted and the cause remanded to the circuit court. Accordingly, consistent with the memorandum opinion being entered contemporaneously herewith, it is

     ORDERED, ADJUDGED and DECREED that the motion of the plaintiffs for leave to amend the complaint to add defendants Verna Strong and Mark Lawson be and it hereby is GRANTED. It appearing to the court that there is no diversity of citizenship in this case with the addition of the above-named defendants, it is therefore ORDERED, ADJUDGED and DECREED that this case be, and

the same hereby is, REMANDED to the Circuit Court for the Tenth Judicial Circuit of Alabama.

DONE and ORDERED this 30th day of January 1997.

```
_____
UNITED STATES DISTRICT JUDGE
       J. FOY GUIN, JR.
```